**Opinion filed April 25, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00013-CV

_____

### BLACKSTAR OPERATING, LLC, Appellant

### V.

### RUGER SERVICES, LLC, Appellee

**On Appeal from the County Court at Law No. 2
Midland County, Texas
Trial Court Cause No. CC24989**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss the appeal. In the motion, Appellant states that it "has decided it no longer wishes to prosecute this appeal" and requests that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.


JOHN M. BAILEY

April 25, 2024                                CHIEF JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.